UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GERARD REDMOND ENRIGHT, JR., ) | CV 07-6598 AHS(SH) |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER ADOPTING REPORT AND |
| ) | RECOMMENDATIONS OF UNITED |
| THE CITY OF TORRANCE, DOES I ) | STATES MAGISTRATE JUDGE |
| THROUGH 99, INCLUSIVE, ) | |
| ) | |
| ) | |
| Defendants. ) | |
| _____) | |

Pursuant to 28 U.S.C. section 636(b)(1)(C), the Court has reviewed the complaint and other papers, including the United States Magistrate Judge's Report and Recommendation filed March 19, 2009, and plaintiff's objections thereto, along with the United States Magistrate Judge's Report and Recommendation filed August 10, 2009, and has made a de novo determination of the Report and Recommendations. Plaintiff's objections to the first Report and Recommendation are overruled.

IT IS THEREFORE ORDERED that Judgment be entered (1) approving and adopting both Report and Recommendations; (2) granting defendant's Motion for Judgment on the Pleadings and

1  granting defendant's Motion to Dismiss for Failure to Comply with
2  Court's Order [FRCP 41]; and (3) directing entry of judgment
3  dismissing the action with prejudice.
4          IT IS FURTHER ORDERED that the Clerk shall serve
5  forthwith a copy of this Order and the Judgment of this date on
6  Plaintiff and counsel for Defendants.
7          DATED:  September 14, 2009.

                              ALICEMARIE H. STOTLER
                              _____
                                   ALICEMARIE H. STOTLER
                              CHIEF UNITED STATES DISTRICT JUDGE