UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| GERARD REDMOND ENRIGHT, JR., | ) CV 07-6598-AHS (SH) |
| | ) |
| | ) JUDGMENT |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE CITY OF TORRANCE, DOES 1 THROUGH 99, INCLUSIVE, | ) |
| | ) |
| Defendants. | ) |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED:  September 14, 2009 

ALICEMARIE H. STOTLER
_____
ALICEMARIE H. STOTLER
UNITED STATES DISTRICT JUDGE

1